IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHARLES ANDERSON,

    Petitioner,

v.

DEBORAH McCULLOCH, Director,
Sand Ridge Secure Treatment Center,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 12-cv-578-bbc

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered denying the petition of Charles Anderson for a writ of habeas corpus under 28 U.S.C. § 2254.

_____     2/8/13
Peter Oppeneer, Clerk of Court          Date